USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
LOUIS VUITTON MALLETIER, S.A.,

                Plaintiff,

-against-

LY USA, et al.,

                Defendants.
-------------------------------------------------------- x

**SUMMARY ORDER**

06 Civ. 13463 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On August 7, 2008, the parties appeared before me for oral argument on plaintiffs' motion for summary judgment, motion for sanctions, and motion to preclude the admission of new evidence. For the reasons stated on the record, plaintiff's motion for summary judgment (Dkt. # 60) is GRANTED, plaintiff's motion for sanctions is DENIED, and plaintiff's motion to preclude new evidence (Dkt. # 57) is also DENIED. A final decision on statutory damages is reserved, as explained below.

      Plaintiff is directed to confer with the United States Attorney's Office that is prosecuting the defendants in the Eastern District of Virginia in order to obtain copies of defendants' records that have been seized by the Government and are currently being produced as part of pre-trial discovery in that case. Plaintiff is directed to submit a report to this Court summarizing the information provided by the Government on relevant seized materials within 30 days. The parties are to agree on a briefing schedule for argument on the amount of statutory damages to be awarded to plaintiffs. Within two weeks following the completion of all briefing, a hearing date will be scheduled before this Court on the issue of damages.

      SO ORDERED.

Dated:    August _11_, 2008
             New York, New York

                                            ALVIN K. HELLERSTEIN
                                           United States District Judge

1