UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUIS VUITTON MALLETIER, S.A.,

                Plaintiff,

-against-

LY USA, et.al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

06 CIVIL 13463(AKH)

**JUDGMENT**

    Plaintiff's having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Alvin K Hellerstein, United States District Judge, and the Court, on August 28, 2008, having rendered its Permanent Injunction and Order granting plaintiff's motion for summary judgment, granting plaintiff a permanent injunction, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Permanent Injunction and Order dated Aug 28, 2008, plaintiff's motion for summary judgment is granted, and the plaintiff is granted a permanent injunction.

**Dated:** New York, New York
         Sep 2, 2008

                                J. MICHAEL McMAHON
                                Clerk of Court
        BY:
                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____