# Exhibit C

# LOUIS VUITTON MALLETIER, S.A. ATTORNEYS' FEES ACCOUNTING
## STEPTOE & JOHNSON
## SUMMARY OF TOTAL HOURS

| Name | Hours | Rate | Totals |
|---|---|---|---|
| **Time Sought** | | | |
| William G. Pecau | 43.85 | $685.00 | $30,037.25 |
| Michael J. Allan | 544.90 | $440.00 | $239,756.00 |
| Rachel Hofstatter | 127.65 | $395.00 | $50,421.75 |
| Lenor C. Marquis Segal | 143.35 | $400.00 | $57,340.00 |
| Lindsey B. Lang | 23.80 | $440.00 | $10,472.00 |
| Yana Breding | 106.40 | $160.00 | $17,024.00 |
| Kimberlyn Brzozowski | 61.10 | $150.00 | $9,165.00 |
| **TOTAL SOUGHT:** | **1,051.05** | | **$414,216.00** |

| Name | Hours | Rate | Totals |
|---|---|---|---|
| **Time Written Off** | | | |
| William G. Pecau | 2.90 | $685.00 | $1,986.50 |
| Michael J. Allan | 44.90 | $440.00 | $19,756.00 |
| Rachel Hofstatter | 40.30 | $395.00 | $15,918.50 |
| Lenor C. Marquis Segal | 21.30 | $400.00 | $8,520.00 |
| Yana Breding | 44.90 | $160.00 | $7,184.00 |
| Kimberlyn Brzozowski | 9.50 | $150.00 | $1,425.00 |
| Evan T. Barr | 2.90 | $660.00 | $1,914.00 |
| Evan Glassman | 2.20 | $425.00 | $935.00 |
| Tiffany A. Miller | 6.25 | $255.00 | $1,593.75 |
| Carol A. Zazzaro | 1.50 | $225.00 | $337.50 |
| Larry Taylor | 9.50 | $230.00 | $2,185.00 |
| Emily Fisher | 3.00 | $200.00 | $600.00 |
| Nebiye Girma | 2.30 | $140.00 | $322.00 |
| Adam Wehler | 4.50 | $180.00 | $810.00 |
| **TOTAL NOT SOUGHT:** | **195.95** | | **$59,570.25** |