Exhibit E

# LOUIS VUITTON MALLETIER, S.A. ATTORNEYS' FEES ACCOUNTING
## ARNOLD & PORTER
## SUMMARY OF TOTAL HOURS

| Name | Hours | 2007 Rate | 2008 Rate* | Totals |
|---|---|---|---|---|
| **Time Sought** | | | | |
| Roberta L. Horton | 14.00 | $685.00 | $720.35 | $10,084.84 |
| Michael J. Allan | 72.50 | $455.00 | $478.48 | $34,689.66 |
| Anthony D. Boccanfuso | 17.50 | $355.00 | $373.32 | $6,533.07 |
| Brent LaBarge | 59.75 | $255.00 | $268.16 | $16,022.44 |
| Michael C. Sandifer | 69.00 | $215.00 | $226.09 | $15,600.49 |
| **TOTAL SOUGHT:** | **232.75** | | | **$82,930.49** |

| Name | Hours | 2007 Rate | 2008 Rate* | Totals |
|---|---|---|---|---|
| **Time Not Sought** | | | | |
| Roberta L. Horton | 3.00 | $685.00 | $720.35 | $2,161.04 |
| Michael J. Allan | 20.00 | $455.00 | $478.48 | $9,569.56 |
| Michael C. Sandifer | 36.75 | $215.00 | $226.09 | $8,308.95 |
| Elizabeth F. Vary | 10.75 | $215.00 | $226.09 | $2,430.51 |
| Louis Champagne | 9.50 | $105.00 | $110.42 | $1,048.97 |
| Walter Smith | 1.50 | $100.00 | $105.16 | $157.74 |
| Jeanette M. Curtis | 9.00 | $140.00 | $147.22 | $1,325.02 |
| Support Staff | 4.25 | $60.00 | $63.10 | $268.16 |
| **TOTAL NOT SOUGHT:** | **94.75** | | | **$25,269.95** |

*The 2007 rate adjusted for inflation to 2008 was obtained by taking the historic rate from column C and multiplying it by 1.0516, which represents the Department of Labor statistic for the increase in legal services from 2007 to 2008.