UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

LOUIS VUITTON MALLETIER S.A.,                    :

                           Plaintiff,            :    Case No. 06 CV 13463 (AKH)

        - against -                              :

LY USA, INC., MARCO LEATHER GOODS,               :
LTD, COCO USA INC., CHONG LAM and                :
JOYCE CHAN,
                                                 :
                           Defendants.           :

-----------------------------------X

FILED U.S. DC

SEP 11 2008

S.D. OF N.Y.

        Notice is hereby given that LY USA, Inc., one of the Defendants in the above

named case, hereby appeals to the United States Court of Appeals for the Second Circuit from

the Permanent Injunction and Order issued by Honorable Alvin K. Hellerstein of this Court on

August 28, 2008 and entered with the Clerk of this Court on September 2, 2008, which, after oral

argument conducted on August 7, 2008, granted Plaintiff's motion summary judgment and for a

permanent injunction against Defendants.  A copy of the Permanent Injunction and Order is

annexed hereto as Exhibit "A".

Dated: New York, New York
       September 11, 2008

                                        LAW OFFICE OF KATHLEEN C. WATERMAN
                                        Attorney for Defendant LY (USA) INC.

                                        _____
                                        KATHLEEN C. WATERMAN, ESQ. (KCW - 7562)
                                        419 Park Avenue South, Suite 407
                                        New York, New York 10016
                                        (212) 532-0530