UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

LOUIS VUITTON MALLETIER S.A.,   :

    Plaintiff,   :

                                  **NOTICE OF APPEAL**

    -v-   :

                                  06 Civ. 13463 (AKH)

LY USA, INC., MARCO LEATHER GOODS,
LTD., COCO USA INC., CHONG LAM, and   :
JOYCE CHAN,

    Defendants.   :

---------------------------------------------------------------x



FILED U.S. DC
SEP 1 1 2008
S.D. OF N.Y.

    NOTICE is hereby given that defendants Marco Leather Goods, Ltd. and Chong Lam hereby appeal to the United States Court of Appeals for the Second Circuit from the Permanent Injunction and Order issued by Hon. Alvin K. Hellerstein of this Court on August 28, 2008 and entered with the Clerk of this Court on September 2, 2008, which, after oral argument conducted on August 7, 2008, granted plaintiff's motion for summary judgment and for a permanent injunction against defendants. A copy of the Permanent Injunction and Order is annexed hereto as Exhibit "A".

Dated: New York, New York
       September 11, 2008

                                    */s/ Thomas Torto*
                                THOMAS TORTO (TT 9747)
                                Attorney for Defendants
                                Marco Leather Goods, Ltd. and Chong Lam
                                419 Park Avenue South, Suite 504
                                New York, New York 10016
                                (212) 532-5881